FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 21 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE ████████ DISTRICT OF ████████ *ARKansas*

Daniel Eric Cobble
758572
_____
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

4:14-CV-490
SWW/HDY

-vs-

City of Clarksville, ARKansas
(and) ARKansas State Patrol
_____
(Enter above the full name of the defendant(s).)

for exoneration, pay (and)
malicious
prosecution ████
(and) Amelacostback
(and) illegal arrest
(and)
violation defamer act
for a
criminal case that
I was never convicted of
(etcetera)

I. **Previous Lawsuits**

    A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

           Yes ( )   No (X) in ARKansas except Psa 224 Hoeven habeas

    B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is
more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

This case assigned to District Judge *Marshall*
and to Magistrate... *Deere*

        1.    Parties to this previous lawsuit:

           Plaintiff(s):   N/A

           Defendant(s):   N/A

        2.    Court (name the district):   N/A

        3.    Docket Number:   N/A

Rev 12/5/07

**I.   Previous Lawsuits (Cont'd)**

    4.    Name of judge to whom case was assigned: _____ *N/A*_____

    5.    Did the previous case involve the same facts?

            Yes ( )    No ( )    *N/A*

    6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):
        _____*N/A*_____

    7.    Approximate date of filing lawsuit: _____ *N/A*_____

    8.    Approximate date of disposition: _____ *N/A*_____

**II.   Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted.  Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A.    Place of Present Confinement: *now Hancock state Prison PO Box 339 Sparta Georgia 31087 bldg G-2 cell 245. But was Clark Unit En Kansas Cit, 2001*

    B.    Is there a prisoner grievance procedure in this institution?

        Yes ( )    No ( )
        *procedure*    *Remedys*

    C.    Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes ( ) and No ( )    *Georgia will not let in matters even turn in non-grievable issues and GDC has no control over Arkansas so will not let me*

    D.    If your answer is YES:

        1.    What steps did you take and what were the results? *Every step allowed which I none when dealing with out of state issue*

        2.    If your answer is NO, explain why not: *Georgia Prison do not have any control over Arkansas issues according to them, so they will not let me, every thing I try to turn one is in denial so I see no can see it,*

**V.    Relief (Cont'd)**

*Set Arkansas Federal Precincts pending habeas for more*

Signed this _11/12_ day of _August_ , 20 _14_

_Daniel Eutelle_
Signature of Plaintiff

**STATE OF** _Arkansas_
**COUNTY (CITY) OF** _Clarksville city, Johnson county_

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _8-4-14_
(Date)

_Daniel Eutelle_
Signature of Plaintiff

**III.   Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.   Name of Plaintiff: *Daniel Eric Cooke*

Address(es): GDC# 758572 Hancock State Prison
P.o. Box 339 Sparta Georgia 31087
also known as 701 Prison Blvd

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.   Defendant(s): ① city of Clarksville Arkansas in Johnson
county                                           (address I can't get)
Clarksville Arkansas ② Arkansas State Patrol Division nearest
(address I can't get)
Employed as ① city of clarksville Arkansas
(address I can't get)
② Arkansas state patrol (address I can't get)
at ① I can't get, Georgia law library don't have address
② I can't get, Georgia Law library don't have address

**IV.   Statement of Claim**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

numerous claims

(1st claim) as Feb 20, 2014 city of clarksville Arkansas and Arkansas state patrol continued to deny me my U.S. constitution final paragraph access to court for the past 13 years ~~of the art~~ by way of not supplying out of state inmates with indigent means of obtaining Arkansas court addresses since Georgia prisons law library's don't have out of state court addresses, and we don't have internet

(2nd claim) as of Aug 4, 2014 city of clarksville Arkansas and Arkansas state patrol continued to deny me my U.S constitution/right 1 access to court for past 13 years ~~& this now~~, by way of not providing out of state inmates with a indigent means of obtaining out of state laws so I can properly challenge Arkansas defenses in a properly present as Arkansas law, Since Georgia law library's do not have any out of state laws and no civil (casu-tate)

**IV.      Statement of Claim (Cont'd)**

3rd claim, as of Aug 4, 2014 City of Clarksville Ar Kansas and Arkansas State Patrol continue to fail to compensate me for my exoneration pay for exonerated Arkansas criminal case I was charged with in 2001 Since constitution says its government's Job to protect me, that means its governments job to protect my finances too by voluntarily replaces all I lost in exonerated case without me suing, and it means government is suppose to sue for me, but can't, but I believe that, as I qualify for at least $100 or $150 per day those (state) gave citizens for exoneration pay, and I felt that to mean $150 per day for everyday I could have gotten in prison consensually if I'd have been convicted (not just time I spent in Jail)    But incident of the law suing is 2014.

4th claim, as of Aug 4, 2014 City of Clarksville Arkansas and Arkansas State Patrol continued to fail to compensate me the $1 million per year for every year government has already spent, after inmates nationwide they were exonerated on, as its government's job to protect me and that includes my finances, so I believe do not have to sue, but government should be a adult and pay me on their own initiative and they should represent me in that suit too, as I felt that $1 million to mean every year I could have gotten in prison exonerated Arkansas 2001 arrest, but incident of the law new suing is 2014.

5th claim, as of Aug 4, 2014 City of Clarksville Arkansas and Ar Kansas State Patrol continued to violate both federal and Arkansas and Georgia Detainer Act Laws, since even though not on bench in 2001 Arkansas criminal 2001 case I was still under jurisdiction of Arkansas, and 2 sovereign entitys (Arkansas and Georgia) can not have Jurisdiction of me at same time when my Georgia 2001 arrest occurred in July 10, so obviously, since Arkansas never get a detainer, so due to Arkansas law illegally spent 13 years incarcerated in Georgia

**V.      Relief**

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

1) Same Relief as I asked for in Recently filed East Tennessee 2241 Federal Habeas in Chattanooga, so see that case's Relief list to know all I ask for in this Arkansas case too (sample below)

2) the Tennessee Relief list in that Arkansas too

3) Political asylum given me by ar Kansas against Georgia, by Arkansas abide by detainer act by Arkansas now turning and protecting all Georgia criminal cases against me since 2001 July till I die even in both Arkansas sun, Cobb county government civil and criminal cases

4) criminal cases convictions includes ones not yet convicted even crimes taken out since 2001 warrants in Cobb and Cherokee counties Georgia included too

5) antbull Batt bowl

6) do not transfer that case to Georgia

7) do all to make me sovereign

8) Restore all my Rights to being a citizen   9) make financially legal @ Detainer

Claims pg 2

5th
Claim
continued

as an arkansas criminal 2001 case against me was still pending in July 15, 2001 Either, I went to my own income house to pay my mom to give my ex child support money as power than TPO said and as high as court than TPO said and used my mom's address mailing address as my mom's house as so Big of mine own kept mailing coldgell as my mom's house by my so Big it placed in my own cell in front saying my mail be disturbing on my moms to bring me mail to her hence for less than 10 minutes before my ex showed up at my moms neighbors and my ex called before my ex showed up at my moms neighbors and my ex cells said I was violating TPO by my being there when my ex did not live there and I was not Restrained from body ex did not live there and I was not Restrained from body there and my ex approaches me, yet since 8 time cops showed up that I'd complained to chief fee about cops not arresting my ex 10 times she violated a prior visitation TPO order. my ex 10 times she violated a new TPO a year ago they got revenge by arresting me for violating a new TPO a year ago my ex left me because I did not love her but Still cover my ex left me because I did not love her but Still cover previous girlfriend, so I went to prison/Jail from July 15, 2001 Than to July 14, 2001, but while in prison for July 15, 2001 arrest cobb county case which at wilcox state prison in 2001 I was charged with obstruction of Prison guards sentence in 2001 to do another 10 years in prison spite days after Coweta out July 15, 2001 cobb arrest, Jefus 14, July 14, 2001 when sent team attacks in myself & a cell but Claiming when sent team attacks in myself & cell but Claiming I attacked them in my never & does my cell & cell but that Myron/Jermacy 6th never happened, see cobb 2001 arrest charge misdemeanor as turned felony when I try to stop police stealing my every dying car as 911 6 cop cars cameras show stealing my every dying car as wilcox indict #200 of CRW-073 case# 01,5017 indictment at wilcox indict#200 of CRW-073 and no defense was ever offered up at either cobb arrests case by anyone, includes witness too, which is all violation my 8th the pretty liberty

6th claim my 2001 arkansas arrest/prosecution by a 8th and state patrol violated my ms constitutional right to travel that supersedes any speed limit since auto burn in germany and other countries americans can safely drive over 150 mph

Claim 5pg3

6 Pclaim continues : without speed that high being wreckless, so if it can be done there, than it can be done safely there, as nascar/indy car drivers prove, as some peep's drive wreckless at 3cars, and some drive safe at 225mph, and I was a professional driver for a living before Joel, arkansas arrest, was trained at a driving school, for Joel after my Joel/arkansas arrest and since a cop car chased and at speed I was driving & leveling to cop then as it was legal for him to drive that speed, it should be for me too, and if speed was considered a crime than why are car manufacturers allowed to have cars physically able to do over highest speed limit in nation? answer is obviously cadillac's for example speedometer shows 180 mph, so obviously 180 is not illegal or else government would have put governor on all cars keeping all cars speeds at 75 mph or less, plus I was born with Sovereign Rights I never gave myself, that government didn't protect, and that sovereignty includes being able to drive without even having a drivers license on a rig yet I have a valid license anyway me and valid reg on a car and I was in a 87 firebird with speedometer taped out at 85 mph, got I was doing Arkansas speed limit on I-40, so cops Radar was obviously on the fritz, as as professionally paid for final performance stop Receipt I issued -Arkansas checked the engine after test, as car shows my car would not go anywhere near the cop said I was doing anymore, so sovereignty allows me to drive whatever speed I want too.

7 Pclaim    city & Arkansas and State patrol in Arkansas act as Joel/arkansas arrest violating my Uniform commercial code U.C.C. 3-419 and House Joint Resolution 192 of June 5th 1933 sovereign Rights I was born with that I never claimed voluntarily myself, that government did not protect by way of

Claims pg 4

7) Reclaim continue : arresting me when I was trying not to arrest any prosecuting me when I was immune to prosecution on declaration of Arkansas criminal case, since I was in my own home, which was caribbean home, and I was on my own property which was caph is my property, and no civilian complaints or my doing were ever reported, and I was on public land or federally owned land, as flag said free was, as Info is not state owned or city owned

8) Reclaim   city of arkansas and arkansas state fathers and judges, will continue to violate part of constitution of U.S. flag says in declaration of independence of 1776 of 13 states paragraph 1 and flag my rights are inalienable and no [fake] Laws/Reg/procedure may overriding my Rights, but arkansas has existence of a new law giving them immunity to my Rights, so existence of arkansas immunity violates my inalienable Rights

9) Reclaim   as of aug 4, 2014 arkansas & defendants in this suit continue to violate my u.s. constitutional Rights that says in declaration of independence of 1776 of 13 states paragraph 1 and 1 says government was made for sole purpose to protect my citizens Rights, declaration written, my family has been since before america existed, yet Arkansas ain't protecting my Rights by Arkansas next dismissal to fix everything in all claims in this suit now, includes bringing me back to Jurisdiction of Arkansas court, my freeing me there and compensating my financial less if needed only that constitution law says government made to protect citizens, flag means government employees are not citizens, and so as gives immunity to as citizen flag means government does not have Any Rights at all, as citizens like or do

Claims pg 5

10th claim    2 defendants in this suit violated my U.S.
constitutional Right to choice of counsel (by costs 3s
me all my monies in exonerated arkensas case in
paid attorney fees, in bail, in mate (costs for court, in 8 miles
to Regulton in premium gas line for 4 towns car benched car
to remote court, in job less due to court) so that I had
no money left to hire my choice of counsel in July 15, 2001
Georgia cobb county arrest

11th claim    2 defendants in this suit violates my U.S.
constitutional Right in declaration of independence of 1776
of 13 states paragraph 2 that says I as individual citizen
have Right to terminate my government when I as individual
feel my government is despot,
              by defendants in this suit arresting me m prosecuting
me for self arkansas arrest done
              where above mentioned right also means that I have
Right to cancel my governments laws too, so is I drove
over speed speed limit, then that obviously meant I felt
my governments laws on speed was despot, so I obviously
canceled those speed related despotic laws, if I ops were
telling truth, any speed, (basically I'm even cops @ own laws
against them in this claim)

12th claim    2 defendants in this suit did same ngtrrviolation
as in claim   5 of this suit but with 2 different defendants
claim 5 and claim 12, and states in claim 12 defendants
did not get detainer done in arkansas before arresting me,
so my arrest was illegal

13th claim   is similar claim 4 in this suit but 1 different
on that as I aint been compensated the $1 mill/15 per yrs
by arkansas for @ 20 yrs, this's sentenced to in Georgia that
Arkansas never got detainer on to prosecute me in Georgia cases

14th claim same as I claim 13, except I aint been give exoneration pay

Claims p 5 6

(15) Relief    malicious prosecution in city & Ft Smith Arkansas on expunged criminal case in about Feb 2001 etcetera, for prosecuting me even after I scanned D.A. in court a Real firestone cash Receipt center. Looking type of Receipt but from a ford performance shop showing cash could not be anywhere near $20 1225    and kept prosecuting me even after, extortion etc, having logic reck less defense, with from being attacked by state patrol was course any damage to my shirt which is if a beat got 4 here fine, even when exist & ford equipment Receipts such as newer private Receipts available to public on google earth on internet now shows state patrol kicking me which twice unfair already unti gods of cop cars during my arrest past time defended myself when I was not Resisting during my Arkansas arrest on freeway I-40 in 2001 and after cops said they never assaulted me at all, when D.A. advised to cut performance shop to verify it was authentic despite fact I'd never been accused of resisting arrest in my district so that prior to July 15 2001 day as I was almost 27 years old and had been arrested other and never tryed to Run (didn't even try to Run any July 15 2001 (arrested either in Georgia), but Forest city & clarksville men    in cause is four tickets, so they dispense them with a Redneck, out of date, vendetta,

(16) malicious prosecution by Judge telling me in in open court that even if I get convicted of everything he was not going to sentence me to any Jail or prison, but was going to fine me something like $1300 thousand dollars, this was when I even before trial and before my presentence investigation, that impartial, that's greedy, that's personal as Judge saw papers showing I was driver of a 18 wheeler truck across Gld long haul so he knew I made money

(16) most financial Loss for all Search claim in this prostitution for same Reasons in out of work potential of $190,000. year new minimum starting pay for 3 and 25 hero corporate science steps

claims ps 7

17) max interest loss by my not paid interest on all claims in this suit, for same reasons each

18) max delay fees by not paying me delay fee on all claims in this suit, for same Reasons each

19) physical in sufferer fee cofs affecting me are any less thierts in all claims in process suit, for same Reason as in each claim, gmat

20) mental anguish ~~~~ fees loss by any no paid for anguish for each claim in process suit for same Reasons as in each claim, gmat

21) electrical distress fees less by an no paid distress fees for each claim in process suit, for same Reasons as in each claim, gmat

22) max property damages fees due to my drive Revoke say closs of commercial drivers license I have in either tenessee, colorado or Georsi at time my deer arkenses crest that decisexecuted

23) max property damages fee for my necklace, shirt and car loss by impound for deer arkenses arrest that was executed

24) u.s. supremes state created classes Theory that arkenses created as a constitional claim S of kerys suit but all eles in claim S seame this 24 th claim as weller constrution Rerys

25) u.s. supreme ~~~~ special relationship theory that arkenses violate as state in all ageclaims policy, for same Reasons as in each claim

26) u.s. supreme sadistenable due process clause violate as in each claim in kerys suit, for same Reason as in for in each claim

27) max punitive damages as to each claim in this suit kears for same Reasons as in this suit kears

28) not giving me same Resources as arkanses state employees has tax payers money paid for, whichis unprocesse to file this suit, since I cant see my a acre legible claim prescription g faster cent be perfected and never excure by state all so arkanses can by legitibility problear cs exclure to best for this suit so denie access acess

**\*Title 28 U.S.C. § 2244(d) provides:**

    **(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of—**

        **(A) the date on which the judgement became final by the conclusion of direct review or the expiration of the time for seeking such review;**

        **(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;**

        **(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or**

        **(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.**

    **(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.**

    **Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.**

    **I declare under penalty of perjury that the foregoing is true and correct.**

Certificate of service

This is to certify that I have this day served opposing counsel prior to this day by asking court clerk to do it since I have no way of setting their address, to go to.

Registered council of Arkansas

arkansas

and city of Clarksville arkansas
mayors office
Johnson county

Clarksville, Arkansas

and Arkansas State Patrol
office nearest Clarksville Arkansas

Arkansas

This 14th day of August 2014 by Daniel Erie Little
pro se petition