IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL ERIC COBBLE                                                                PLAINTIFF

v.                                    Case No. 2:14-CV-02183

CITY OF CLARKSVILLE, ARKANSAS; and
THE ARKANSAS STATE PATROL                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE to Plaintiff's

right to re-open it upon filing of a proper motion and payment of the appropriate filing fee.

IT IS SO ADJUDGED this 5th day of February, 2015.


/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE