IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL ERIC COBBLE                                                                               PLAINTIFF

v.                                         Case No. 2:14-CV-02183

CITY OF CLARKSVILLE, ARKANSAS; and
THE ARKANSAS STATE PATROL                                                            DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 19) from Chief United States Magistrate Judge James R. Marschewski.  The Court has conducted a careful review of the findings and recommendations and of the timely objections filed by Petitioner Daniel Eric Cobble. After reviewing the record *de novo* as to Mr. Cobble's objections, the Court finds the Magistrate's reasoning to be sound and further finds that Petitioner's objections offer neither law nor fact requiring departure from the Magistrates' findings.

IT IS THEREFORE ORDERED that the findings and recommendations of the Magistrate are approved and adopted as this Court's findings.

Accordingly, IT IS FURTHER ORDERED that Mr. Cobble's motions to reverse the judgment (Doc. 16) and to appeal *in forma pauperis* (Doc. 17) are DENIED.

Further, some of Mr. Cobble's filings[1] contain language, directed at the Court, that is unsuitable for a Court filing and unnecessary to advance any pertinent legal or factual argument.  Mr. Cobble is advised not to use inappropriate or abusive language in any communication with the Court. Mr. Cobble is expected to behave with the decorum expected of all litigants who appear before, or file pleadings with, this Court.

---

[1] *See, e.g.*, Doc. 20, ¶ 5 ("I am not in prison for aggravated stalking you f------ retard").

IT IS SO ORDERED this 13th day of March, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE